**DISTRICT COURT OF MARYLAND FOR** Prince Georges County

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro MD, 20772

CASE NO.
**CV** D05CV25046810

# COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☐ $5,000 or under ☒ over $5,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor) ☐ medical debt – plaintiff must list defendant's primary address.

The particulars of this case are: • Serious threat to the life, safety and health of Janel. Emotional Distress from permanent medical issues. Negligence for the Structural Foundation Construction with-out proper permits. (Duty of Care, Breach of Duty, Causation to Injury)

• Injury, • Breach of Warranty of habitability • Nuisance • Damages

(See Continuation Sheet)

**PARTIES**

Plaintiff - Name Address, Telephone Number
Janel Stinney
4201 River Rd Apt 4033
College Park MD 20737

VS.

Defendant(s) - Name, Address, Telephone Number

1. GD CP Metro LLC.
4201 River Rd
College Park MD, 20737
301-710-3030
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. Gilbane Building Company
1215 E Fort Ave # 100
Baltimore, MD 21230
410-649-1730
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Owners.
Washington Metro Area Trans Auth
TAX # 2411130-2748996
300 7th St. SW 10th floor
Washington DC 20024
202-466-3876
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

RECEIVED
OCT 0 8 2025
HY Counter CV/LT

☒ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims:
Principal: $ 25,000
Pre-judgment interest at the ☒ legal rate ☐ contractual rate, calculated at 6 %, from 7/23/25 to 10/8/25 ( 440 days x $ .86 per day)
Total Principal + pre-judgment interest: $ 739.73
Post-judgment interest at the ☐ legal rate ☐ contractual rate until ______, legal rate thereafter ☐ waived
and attorney's fees of $ ______ plus court costs.
☐ Return of the property valued at $ ______ and damages of $ ______ for its detention in an action of replevin.
☐ Return of the property, or its value, $ ______ and damages of $ ______ for its detention in action of detinue.
☒ Other: Replace Bed / Mattress from MOLD
and demands judgment for relief.

[signature]
Signature of Plaintiff/Attorney/Attorney Code — Attorney Number

**ATTORNEYS**
For Plaintiff – Name, Address, Telephone Number & Code
Pro-Se (Comment)

Printed Name: Janel Stinney
Address: 4201 River Rd, Apt 4033
College Park MD, 20737
Telephone: 202-770-7305 Fax:
E-mail: AppleJanel CH@gmail.com

## MILITARY SERVICE AFFIDAVIT

☐ Verified through DOD at: http://scra.dmdc.osd.mil/

☐ Defendant(s) ______ (Name) is/are in the military service.

☒ No defendant is in the military service. The facts supporting this statement are: Apartment Building Services

Specific facts must be given for the court to conclude that each defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

10/8/25 — Date
[signature] — Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ ______ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ ______ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

______ Date
______ Signature of Affiant